OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**ACTING CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 5, 2018

Michael D. Donovan, Esq.
Michael A. Iannucci, Esq.
Christian X. Schreiber, Esq.
Laura E. Vendzules, Esq.

RE: Jobe Danganan v. Guardian Protection
Case Number: 16-3379
District Case Number: 2-15-cv-01495

Dear Counsel:

     On February 21, 2018, the Supreme Court of Pennsylvania responded to this Court's certification petition in this case and held that non-Pennsylvania residents may bring suit under the Commonwealth's Unfair Trade Practices and Consumer Protection Law against a Commonwealth-headquartered business based on transactions that occurred outside of Pennsylvania.  The parties are requested to make submissions on the impact of the Pennsylvania Supreme Court's decision on the pending appeal in this case.  Appellees should file their submission by Thursday, March 15, 2018, and Appellants should file a response by Thursday, March 22, 2018.  Please limit your submissions to five pages and include a suggested disposition.

When filing in CM/ECF, please select the **Motions, Responses & Replies** category and use the **Response** event. Hard copies are not necessary.

Very truly yours,


s/ Patricia S. Dodszuweit
Acting Clerk


By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932